# United States District Court

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JANAE MICHELLE CHRISTIE,<br>  aka "Janae Christie Wong,"<br>  aka "Rene Simone Lexus" | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER:<br><br>12-0152M |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 31, 2011, in __Los Angeles__ County, within the __Central__ District of __California__, defendant JANAE MICHELLE CHRISTIE, aka "Janae Christie Wong," aka "Rene Simone Lexus" ("defendant") did willfully, knowingly, and unlawfully travel in interstate and foreign commerce from the State of California to France with the intent to avoid prosecution for the crimes of grand theft, burglary, identity theft, and access card theft, in violation of California Penal Code Sections 487(A), 459, 530.5(A), and 484G(A), all felonies in the State of California, for which defendant was charged in arrest warrant number LCVA11577901, issued by the Superior Court of the State of California, County of Los Angeles, on or about June 23, 2010, in violation of Title __18__, United States Code, Section(s) __1073__.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHMENT)

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Continued on the attached sheet and made a part hereof:  ☒Yes ☐No

_____
Signature of Complainant
Scott P. Hill
Special Agent - FBI

Sworn to before me and subscribed in my presence,

__1-24-12_____ at  __Los Angeles, California__
Date                                                     City and State

Hon. Fernando M. Olguin, U.S. Magistrate Judge            FERNANDO M. OLGUIN
Name & Title of Judicial Officer                          Signature of Judicial Officer

AFFIDAVIT

I, SCOTT P. HILL, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for more than nine (9) years. I am currently assigned to the FBI Resident Agency in Long Beach, California, more specifically, a violent crimes reactive squad that investigates fugitives, kidnappings, bank robberies, child abductions, and crimes on the high seas.

2. This affidavit is made in support of a criminal complaint and a probable cause arrest warrant for JANAE MICHELLE CHRISTIE, also known as ("aka") "Janae Christie Wong," aka "Rene Simone Lexus," for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my conversations with other law enforcement officers and my review of various documents.

3. Since on or about December 21, 2011, and each workweek thereafter, I have been in contact with Detective Richard Kent of the Los Angeles County Sheriff's Department ("LASD"), Cerritos Station. Based on my conversations with LASD Detective Kent, I know that he has been in contact with Detective Greg McMullen of the Long Beach Police Department ("LBPD"), Fraud Unit. I also have spoken with LBPD Detective McMullen on a non-daily basis since on or about January 19, 2012. LASD Detective Kent asked me for FBI assistance in locating and apprehending fugitive CHRISTIE and told me the following:

   a. On or about June 7, 2010, LASD Detective Kent was assigned to investigate CHRISTIE after she was arrested on or about June 5, 2010 for

California Penal Code ("PC") 487(A): Grand Theft. CHRISTIE had been arrested for utilizing stolen credit card numbers to purchase items at Nordstrom's department store.

  b. During his investigation, LASD Detective Kent reviewed the credit card numbers utilized by CHRISTIE at Nordstrom's, and determined that almost all the victims had purchased items at Charmed Cupcakes. LASD Detective Kent subsequently learned that CHRISTIE was the owner of Charmed Cupcakes, located at 6422 East Spring Street, Long Beach, California.

  c. LASD Detective Kent also learned that CHRISTIE had befriended an employee at Nordstrom's department store and would text to that employee, via CHRISTIE's cell phone, the credit card numbers from customers at Charmed Cupcakes. CHRISTIE would then use those stolen credit card numbers to purchase items at Nordstrom's.

  d. On or about June 23, 2010, in the Superior Court of California, County of Los Angeles, case number LC VA11577901, LASD Detective Kent filed a twenty-five count complaint against CHRISTIE, charging her with PC 487(A): Grand Theft, PC 459: Burglary, PC 530.5(A): Identity Theft, and PC 484G(A): Access Card Theft. CHRISTIE pleaded "not guilty" to all counts.

  e. From in and around June 2010 to on or about January 18, 2011, CHRISTIE filed numerous motions, to include relieving counsel, thereby extending her trial date. Based upon LASD Detective Kent's experience and training, he believed that CHRISTIE was utilizing this extended time to get her affairs in order so that she could flee the district.

  f. On or about February 2, 2011, CHRISTIE failed to appear for her early disposition hearing. The Honorable Burt Barnett, Superior Court of California, County of Los Angeles, issued a bench warrant in the amount of $50,000.

  g. Sometime during February 2011, LASD Detective Kent contacted Immigration and Customs Enforcement Agent Jeffrey Eastman. Agent Eastman told LASD Detective Kent that CHRISTIE had flown out of the United States to France in January 2011.

  4. On or about January 19, 2012, I contacted LBPD Detective McMullen. LBPD Detective McMullen explained to me that he had also investigated CHRISTIE for stealing more than $100,000 from twenty-five to thirty different victims.

  a. LBPD Detective McMullen also told me that in and around February 2011, he was contacted by an American exchange student, hereinafter referred to by the initials "S.R.," in France. S.R. told LBPD Detective McMullen that she had answered a job posting by CHRISTIE on Craigslist, using the email address isabellataylor1949@gmail.com. CHRISTIE had posted a job for an assistant in Paris, France. S.R. met CHRISTIE at the Café Du Marche, 37 Rue Du Bretagne, Paris, France 75003. S.R. then researched CHRISTIE on the internet and discovered the court case and investigation by LBPD Detective McMullen. S.R. provided a physical description of CHRISTIE to LBPD Detective McMullen that matched CHRISTIE.

  b. Also in and around February 2011, LBPD Detective McMullen was emailed by another American exchange student in France (hereinafter referred to by the initials "S.H."). S.H. had responded to a Craigslist

request for an assistant, posted by CHRISTIE using the email address isabellataylor1949@gmail.com. S.H. met CHRISTIE at a café located at #9 Rue De Picardie, Paris France, 75003. S.H. also researched CHRISTIE on the internet, and discovered a photograph of CHRISTIE and her husband on the internet site, www.travelersjoy.com/christiewonghoneymoon. S.H. positively identified the woman in the photo as the woman she met at the café. S.H. forwarded the photo to LBPD Detective McMullen who positively identified the woman as CHRISTIE.

    5.  On or about January 19, 2012, I spoke with Customs and Border Patrol Task Force Officer Veronica Sanchez. Officer Sanchez queried the Treasury Enforcement Communications System (TECS) for CHRISTIE, date of birth June 6, 1976. The TECS query revealed that on January 31, 2011, CHRISTIE had departed the United States on Air France flight #69 from Los Angeles International Airport to Charles De Gaulle Airport in Paris, France. She has not re-entered the United States.

    6.  On or about November 14, 2011, I received a letter from Judy Krantz, Chief of Extradition Services for the Los Angeles County District Attorney's Office, which advised that the District Attorney's Office has agreed to extradite CHRISTIE and has requested the assistance of the FBI in apprehending and returning CHRISTIE to the Los Angeles area.

    7.  Based on the information set forth above, I believe that there is probable cause to believe that CHRISTIE fled the State of California with the intent to avoid prosecution for the crimes of grand theft, burglary, identity theft, and access card theft, and that there is probable cause for the issuance of an arrest warrant for JANAE MICHELLE CHRISTIE, also known

as ("aka") "Janae Christie Wong," aka "Rene Simone Lexus," in violation of Title 18, United States Code, Section 1073: Unlawful Flight to Avoid Prosecution.

_____
Scott P. Hill
Special Agent-FBI

Subscribed and sworn to before me on this 24 day of January, 2012

_____
FERNANDO M. OLGUIN
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE